AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>NELSON GEOVANI SANTOS-PARADA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 8:25MJ184 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 23, 2023 in the county of Sarpy in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | Misrepresentation of a Social Security Number |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Justin Temperly
*Complainant's signature*

SA Justin Temperly, ICE HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/21/2025

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELSON GEOVANI SANTOS-PARADA,<br><br>Defendant. | 8:25MJ184 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF NELSON GEOVANI SANTOS-PARADA**

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security Immigration and Customs Enforcement Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and Title 42 of the United States Code.

2. I am aware of the information set forth below through personal investigation, as well as discussions with other HSI investigators and SYS-KOOL LLC personnel.

**PROBABLE CAUSE**

3. On February 10, 2025, HSI Omaha Auditor Terri Schweiger received all Employment Eligibility Verification forms, also known as Forms I-9, along with supporting documents on all current employees working at SYS-KOOL LLC in the state of Nebraska. Immigration and Nationality Act section 274A(b) refers to the Employment

Verification System and requires an employer to verify that an individual seeking employment is not an unauthorized alien by examining certain identification documents provided by the individual seeking employment. The documents provided by the individual seeking employment are recorded on the Form I-9.

4. Auditor Schweiger received and reviewed the Forms I-9 from SYS-KOOL LLC. Several of the Forms I-9 were discovered to be suspect. This determination was made due to Social Security Numbers returning associated to another individual, an individual who resided in another state, or not belonging to anyone.

5. One such Form I-9 was completed in the name of an individual using the name Alias 1 and signed and dated on June 23, 2023. On the Form I-9, JOHN DOE, using the name Alias 1, attested that he was a citizen of the United States by checking the appropriate box on the form. JOHN DOE, using the name Alias 1, presented to SYS-KOOL LLC a Social Security card bearing a name Alias 1 and the Social Security number xxx-xx-0118 and a State of California Department of Motor Vehicles Identification Card bearing the name Alias 1 and associated number #B*****53.

6. On February 19, 2025, your Affiant completed and served an Administrative Subpoena to SYS-KOOL LLC requesting additional documents, including all employee photographs. Your Affiant received those documents back on February 25, 2025.

7. On February 28, 2025, your Affiant conducted a records check via NLETS of the California Identification Card number. The records check returned showing it associated to Individual 1, which is a different name than Alias 1. On March 10, 2025, your Affiant sent the name and date of birth of Alias 1 to HSI Special Agent Mundy,

assigned to HSI San Francisco, and requested assistance with retrieving a driver's license photo. On March 10, 2025, your Affiant received a photo of Individual 1 via the California DMV. The photo did not match the employee photo of the individual using the name Alias 1.

8. Additionally, your Affiant conducted a records check via NLETS of Alias 1 through Texas. It is your Affiant's experience that individuals often use stolen identities of Texas residents for their fake identity. Your Affiant observed a full driving history records return for Alias 1 with driver's license number ****3762. Your Affiant also observed a Texas Department of Transportation driver's license photo of Individual 1 that did not match the employee photo received from SYS-KOOL LLC. Your Affiant conducted records checks of the Texas driver's license number through the ICE Unified Passenger database. Your Affiant observed several border crossings associated with the Texas driver's license. Additionally, one border crossing on February 17, 2025, showed a photo of a vehicle passing through a border check-point. The photo showed a male driver who did not resemble the individual using the name Alias 1.

9. On February 28, 2025, your Affiant verified with the Social Security Administration that the Social Security number xxx-xx-0118 is assigned to an individual with the name Alias 1. Your Affiant conducted a criminal history check on the name Alias 1. The criminal history check returned showing a criminal history out of Texas with the name Alias 1, a Social Security number, and an FBI#. Your Affiant observed the most recent arrest on March 9, 2024, in Cameron, Texas. Your Affiant contacted the Cameron County Jail and requested the booking photo and associated identifiers. On March 13, 2025, your Affiant received the booking photo. The photo did not match the photo that

Alias 1 provided to SYS-KOOL LLC.

10. On Friday, March 21, 2025, your Affiant and other Special Agents and Immigration Officers encountered the individual using the name Alias 1 in the District of Nebraska for administrative immigration offenses. The individual using the name Alias 1 was transported to Enforcement and Removal Operations office, 1717 Ave H, Omaha, NE, for processing. During processing, the individual using the name Alias 1's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared the fingerprint impressions to fingerprint impressions maintained in the database relating to persons previously arrested by the Department of Homeland Security (DHS) or other law enforcement agencies.

11. The fingerprint analysis revealed no matches. The individual using the name Alias 1 advised he was never encountered by U.S. Immigration. Your Affiant spoke to the individual using the name Alias 1 and asked him for his true name. The individual using the name Alias 1 identified himself as Nelson Geovani SANTOS-PARADA with a date of birth of December 9, 1999. SANTOS-PARADA stated that he is a citizen of El Salvador. Deportation Officer Tony Gayden later confirmed this in Spanish that the individual using the name Alias 1 was Nelson Geovani SANTOS-PARADA. Deportation Officer Tony Gayden assigned a unique alien registration file (A240103033) to this individual.

12. A search of DHS indices failed to produce any current record showing an application had been made for the defendant to lawfully enter or be lawfully admitted into the United States.

13. It has been your Affiant's prior investigative experience that undocumented alien employees at similar businesses procure false identification documents and falsely claim U.S. citizenship in order to obtain employment in the United States.

14. Based on these facts, your Affiant has reason to believe Nelson Geovani SANTOS-PARADA, using the name Alias 1, presented fraudulent identification documents to satisfy the requirements of Form I-9 to obtain employment in violation of Title 18, United States Code, Section 1546(a) (fraud and misuse of visas, permits, and other documents). Further, your Affiant has reason to believe Nelson Geovani SANTOS-PARADA falsely represented a Social Security number to be his employer, in violation of Title 42, United States Code, Section 408(a)(7)(B).

15. I declare under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Justin Temperly
Justin Temperly
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed by telephone or other reliable electronic means this 21st day of March, 2025

MICHAEL D. NELSON
U.S. Magistrate Judge
United States District Court